

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-13-00398-CV

IN THE INTEREST OF Z.B.W., Z.W.,
D.L., D.L., AND M.L., A/K/A M.W., CHILDREN

On Appeal from the 72nd District Court
Lubbock County, Texas
Trial Court No. 2010-553,710, Honorable Ruben Gonzales Reyes, Presiding

March 25, 2014

MEMORANDUM OPINION

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

Appellant, Trisha,[1] appeals an order of the trial court terminating her parental rights to Z.B.W., Z.W., D.L., D.L., and M.L, a/k/a M.W., her five children. Trisha's appointed counsel has filed a brief in conformity with *Anders v. California* rendering her professional opinion that any issue that could be raised on appeal is frivolous and without legal merit. *See* 386 U.S.738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Trisha's counsel avers that she has zealously reviewed the record in this matter and can find no

---

[1] Throughout this opinion, appellant will be referred to as "Trisha," and the children will be identified by their initials. *See* TEX. FAM. CODE ANN. § 109.002(d) (West Supp. 2013); TEX. R. APP. P. 9.8(b).

arguable points of appeal. Counsel has filed a motion to withdraw and provided Trisha with a copy of the brief. Further, counsel has advised Trisha that she has the right to file a *pro se* response to the *Anders* brief. The Court has likewise advised Trisha of this right. Trisha has not favored the Court with a response.

This Court has long held that an appointed attorney in a termination case might discharge his professional duty to his client by filing a brief in conformity with the *Anders* process. *See In re A.W.T.,* 61 S.W.3d 87, 88-89 (Tex. App.—Amarillo 2001, no pet.). Likewise, other intermediate appellate courts have so held. *See Sanchez v. Tex. Dep't of Family and Protective Servs.*, No. 03-10-00249-CV, 2011 Tex. App. LEXIS 2162, at *1 (Tex. App.—Austin March 24, 2011, no pet.) (mem. op.); *In re L.K.H*, No. 11-10-00080-CV, 2011 Tex. App. LEXIS 1706, at *2-4 (Tex. App—Eastland March 10, 2011, no pet.) (mem. op.); *In re D.D.*, 279 S.W.3d 849, 849-50 (Tex. App.—Dallas 2009, pet. denied); *In re D.E.S.*, 135 S.W.3d 326, 326-27 (Tex. App.—Houston [14th Dist.] 2004, no pet.).

We have conducted our own review of the record in this matter and have come to the conclusion that there are no arguable points of appeal. *See In re A.W.T.,* 61 S.W.3d at 89. We, therefore, grant counsel's motion to withdraw. We remind counsel that Trisha has the right to file a *pro se* petition for review at the Texas Supreme Court. Finally, having found no arguable points of appeal requiring reversal, we affirm the judgment of the trial court.

Mackey K. Hancock
Justice

2